IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CASEY WILLIAM DEGOLYER** | Case No. 0:23-mj-00029 |

### Affidavit in Support of an Application for a Criminal Complaint

I, Robert M. Hamilton, a sworn Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) Joint Terrorism Task Force (JTTF), being duly sworn, state as follows:

### I.     Introduction and Agent Background

1.     I am a TFO with the FBI and have served in that capacity since March 2016. Prior to this, I was a Special Agent with the FBI. In January 2006, I received training in criminal and counterterrorism investigations through the FBI's training academy in Quantico, Virginia. From April 2006 through August 2008, I was assigned to the FBI Columbia Field Office where I investigated matters of Violent Crime, Terrorism, and Child Exploitation. From March 2010 through April 2012, I was assigned to the New York Field Office investigating in Child Exploitation and Human Trafficking. I am currently assigned to the FBI Columbia Field Office, where I have been a member of the JTTF since May 2015. My duties at the JTTF include investigating criminal violations of federal law. I have participated in investigations of individuals who are motivated by extremist ideology and groups who commit or conspire to commit criminal acts, including acts of terrorism.

2.     Because this affidavit is submitted for the purpose of establishing probable cause to support the issuance of a criminal complaint and arrest warrant, I have not included each and every fact known concerning criminal activities committed by the defendant.

### II.     Federal Offense

3.     I submit there is probable cause to believe Degolyer has violated the following federal statute: *Possession of a Firearm by a Person Convicted of a Misdemeanor Crime of Domestic Violence* in violation of Title 18, United States Code, Section 922(g)(9).

4.     Based on my training and experience, I know that statute is violated if the following elements are satisfied: (1) First, the Defendant had been convicted of a misdemeanor crime of domestic violence; (2) Second, the Defendant possessed a firearm; (3) Third, the firearm had traveled in interstate or foreign commerce at some point during its existence; and (4) Fourth, the Defendant did so knowingly; that is, the defendant knew that he had been previously convicted of such a crime.

### III. Investigation into Degolyer

5. Degolyer was made known to the FBI through a complaint regarding his social media posts. The complainant advised that the subject expressed anger regarding the inauguration of President Joseph R. Biden, that the subject called for the execution of FBI and CIA agents, and that the subject advised that a civil war would start related to the inauguration of President Biden. Degolyer was approached by law enforcement, asked about the posts, he was admonished, and he said he understood the admonishment.

6. However, the FBI then received additional information that the user of Social Media Account 1 was communicating on Social Media Platform 1 almost daily about the execution of public officials, killing law enforcement officers and their families, opposing by violence and force the government, and about killing members of certain racial, ethnic, and religious groups.[1] Customer/subscriber information for that account was consistent with it being Degolyer's account.

7. FBI obtained a federal search warrant for contents of that account. It contained numerous posts related to killing federal agents and their families, "executing" public office holders, and violence against racial or ethnic groups. For example:

   a. On August 8, 2022, Social Media Account 1 discussed the death of federal agents and their families:

      *"DEATH TO THE FBI. DEATH TO EVERY SINGLE MOTHER WHORING FEDERAL AGENT AND THEIR FAMILIES."*

   b. On August 12, 2022, Social Media Account 1 discussed executing politicians, government agents, and law enforcement officers "post-haste." That post read:

      *"Seems like it's time to execute every single communist and leftist politician, government agent, and law enforcement official worldwide. We need a world wide extermination of the so-called ruling elite. These inbred and subhuman demons and thieves and pedophiles and sodomites must be executed post-haste!"*

   c. A post made by Social Media Account 1 between June 14 and August 16, 2022 referenced filling mass graves with law enforcement officers:

      *"Fuck the system pigs. I look forward to filling mass Graves with their pathetic corpses. All cops are cowards. There are no good cops. If there were, then they would be blowing whistles. Fuck them all. Death to all of these treasonous jackboot abdicators of the oath."*

   d. A post by Social Media Account 1 between June 14 and August 16, 2022 discussed killing politicians, executing politicians and federal agents, and the need for mass graves; the post featured a picture of U.S. Representative Liz Cheney:

---

[1] The identity of both Social Media Account 1 and Social Media Platform 1 are known to this agent, but are protected for the purpose of this public filing.

> *"We just need to start killing all of these politicians. They are all a bunch of thieving, lying, corrupt, criminal, treasonous, subhuman fucking thieves! We need around every fucking last one of these politicians up and all the federal agents take them out into the street in Washington DC and execute them and bury them in big Mass graves."*

e. A post by Social Media Account 1 between June 14 and August 16, 2022 discussed "rising up," "overthrowing this government," and the execution of government officials:

> *"I look forward to rising up in overthrowing this government. I especially look forward to rising up in overthrowing this government. I especially look forward to the chance that we might get to drag these treasonous motherfucking fagots out of this offices of the Pentagon and the Capitol building and to execute them in the streets. I really look forward to killing most of these tyrants in our government."*

f. September 27, 2022, Social Media Account 1 claimed to stop paying income taxes because "African nig*** demons stealing all your tax money." That post read:

> *"Look at these ungrateful, filthy, lowlife, subhuman, African nigger demons stealing all your tax money. Not mine, I quit paying income taxes because of shit like this and the treasonous and illegitimate government. We need to forcibly mass deport or execute all illegal aliens and their filthy parasitic anchor babies and individuals with illegitimate visas going back 30 years! https://bigleaguepolitics.com/47-members-of-minnesotas-somali-community-indicted-for-250m-covid-relief-scheme/"*

g. On October 24, 2022, Social Media Account 1 claimed to not pay income taxes and that he could "do what the hell I want when the hell I want." That post read:

> *"Because of this and thousands of other treasonous and tyrannical actions on behalf of this illegitimate and criminal government despotism, we are no longer required to pay income taxes or abide by the law in any form or aspect. I quit. I live on a completely separate economy and do what the hell I want when the hell I want. Any legitimate claims to jurisdiction or authority over the citizens of this country got the federal Yankee government had are now null and void due to their own treasonous actions."*

h. On January 8, 2023, Social Media Account 1 claimed to have stopped paying income taxes, that he was not bound by U.S. law, and that the public had a "right and duty to overthrow this despotism by any means necessary at this point." That post read:

> *"Stop paying the illegal and unconstitutional income taxes. I did. […] We are no longer bound by their laws and they no longer have any legitimate claims to jurisdiction or authority over we the people. Our founding documents are clear in the United States. We have a god-given right and duty to overthrow this despotism by any means necessary at this point. Stop engaging. Stop obeying. Stop*

*consenting. Stop complying. Just stop. We can shut it down and burn it down to the ground and we don't need anybody's God damn permission!"*

i. On January 27, 2023, Social Media Account 1 discussed being "locked and loaded," having a "Lexington and Concord moment," and that he will use deadly force:

"*I am fucking locked and loaded […]. A bunch of us rednecks and NS in South Carolina are ready to engage these demons, commies, and niggers. The word is out on the wire in these parts. I'm hoping to crush some more America hating skulls tonight. I don't give a fuck anymore. I'm making this the fucking Lexington Concord moment! I am fully prepared to uphold my oath against these Goddamn domestic terrorists, domestic enemies, and traitors. I will use deadly force lay the hate down range of it requires it! Nut up and gun up you embarrassing and pathetic fucking American cowards! This is our moment to take back this fucking country! Everyone needs to be in the streets tonight depending this nation and the White race!*"

j. On February 7, 2023, Social Media Account 1 wrote that he was "getting to the point where I'm going to start doing some shit and it's going to get bad for me. I cannot take too much more. I might get shot down in the streets." He referenced "Valhalla," which is likely a reference to a Norse related to a location where those who die in combat live on. That post stated:

"*At this point we need to rise up and exercise our god-giving right and duty to overthrow this government by any means necessary by utilizing our second amendment. I'm fucking sick and tired of it. I can no longer stand by and do nothing but post and try to motivate others. It's getting old and seems futile. I'd rather die trying then live one more fucking week underneath this treasonous and tyrannical and genocidal fucking government! I don't know about the rest of y'all, but I'm getting to the point where I'm going to start doing some shit and it's going to get bad for me. I cannot take too much more. I might be shot down in the streets like a dog and my identity plastered and smeared all over the nightly news, but at least I will die for my cause, standing upright, one of the last free and motivated people on earth. I'll be able to brag about it in Valhalla!*"

k. On May 7, 2023, Social Media Account 1 stated that he was "getting sick of talking and posting … I'm about to go dark and take fucking action." "White people" would be "out in the streets hunting nig****" if they took these issues seriously:

"*And still We stand by and do fucking nothing. People of this country do not give a damn. They're sadistic and suicidal. The White people of this country are not concerned with protecting the existence of their people and securing a future for White children. If they were, we would be out in the streets hunting niggers right now and engaging our treason as government in a revolution, rather than posting and whining on the internet. If we were serious. would have already started this God damn Revolution and race war. I'm getting sick of talking and posting. I'm about to go dark and take fucking action.*"

1. On May 9, 2023, Social Media Account 1 stated "this" was a hill he was prepared to die on, he refenced the "goddamn invasion" at "the border" and the "God damn treasonous and oath abdicating Federal Jack boot traitor agents." He wrote that he did not care if he had to be shot, that he was going to protect his country and "the White children." That post read:

   *"I have decided that this is the hill I am going to die on. I have decided that I am going to sacrifice my life and head to the border and repel this goddamn invasion by any means necessary including engaging with any God damn treasonous and oath abdicating Federal Jack boot traitor agents or police who are willingly facilitating this treasonous invasion of our nation. I no longer give a damn. I don't give a fuck if I'm the only one. I don't care if they shoot me dead in a fucking streets at this point. I'm going to defend my nation and uphold the oath I took against domestic terrorists.*

   *"I think I'm going to go down there and show everybody what it looks like to protect the existence of your people and secure a future for your White children and defend our national sovereignty and birthright. Besides it'll probably get me off this goddamn planet quicker."*

IV. **June 28, 2023 Firearm Possession**

8. FBI obtained a federal search warrant for Degoyler's residence. Numerous posts from Social Media Account 1 provided evidence that Degolyer was in possession of firearms and ammunition, and agents determined that Degolyer resided at a particular residence on State Highway 215 S, Blair, South Carolina 29015.

9. On June 27, 2023, FBI obtained a search warrant for that residence from the presiding United States Magistrate Judge in Columbia, South Carolina. On June 28, 2023, at approximately 6:00 A.M., the FBI, the United States Secret Service, and state and local law enforcement, executed the search warrant at that residence.

10. During the search of the residence, FBI found Degoyler in the residence along with four firearms and multiple containers of various ammunition calibers, all in violation of the statute referenced above.

11. During the search, FBI detained Degoyler. He was advised of his Miranda rights, he waived the same, and he agreed to speak with agents at approximately 6:58 A.M. Degolyer then post-Miranda admitted the following:

12. He admitted that there were some "things that he was going to get in trouble for having." He later clarified that the "things" were firearms. Specifically, he advised agents that he had a .25 caliber pistol, a .22 Rhom pistol (which he alleged was broken), a breakdown .22 rifle (meaning he can switch the barrel out of the firearm), a .410 shotgun, a camouflage 12-gauge shotgun, and a .40 caliber pistol. (All of these firearms other than the .40 caliber pistol appear to have been recovered from his apartment, as described below.) Degolyer stated that he owned all of those firearms, and none of those firearms belonged to his adult son (who lives elsewhere on the property with a separate entrance). Degolyer admitted that he rented the second floor of the premises, and that he paid a particular amount to his landlord for that unit.

13. Four firearms were recovered in that second-floor premises. That second-floor premises has a living room, a bedroom, and a kitchenette, and Degolyer admitted to occupying that second-floor premises by himself. His adult son rented the bottom apartment only. The units have separate entrances, and they were not conjoined by a common interior doorway. Degolyer and his adult son both told agents that the four firearms listed below belonged to Degolyer.

14. As for the first element, Degolyer was found in possession of four firearms. During the search, agents recovered the following firearms, all in Degolyer's unit:

> **Lorcin, Model LT25, Semi-Automatic .25 Caliber Pistol**, serial no. LT170260, found in Degolyer's bedroom in plain view on top of the bedside nightstand on the left side of the bed within reach of the bed. This firearm was loaded.
>
> **Weatherby, Model SA-459, 12 Gauge Pump Shotgun**, serial no. AD46374, found on Degolyer's bedroom floor on right side of bed and in plain view. This firearm was loaded.
>
> **LG Rohm, .22 Caliber Revolver Pistol**, serial no. 91220 found in the top drawer of the bedside nightstand on the left side of the bed within reach of the bed.
>
> **Rossi, Model C4-11220, .410 Shotgun and .22 Caliber Rifle Combination**, serial no. SR189786, found wrapped in a blanket in living room of Degolyer's apartment, with the blanket being in plain view.

15. As for the second element, Degolyer has a prior conviction for a misdemeanor crime of domestic violence. On February 20, 2007, Degolyer was convicted of *Criminal Domestic Violence 1st Offense* following a jury trial held in the Ebeneezer/Catawba Magistrate's Courtroom before the Honorable Magistrate Judge Robert Davenport Jr. in a case captioned *The State of South Carolina v. Casey William Degolyer*. I have obtained a certified copy of records from that court. Those records list Degolyer as the defendant, his home address at the time, the attorneys involved, and the investigating officer. They also include the penalties and fines imposed and they appear to have been signed by the presiding judge. Further, FBI has spoken with the prosecutor's office responsible for Degolyer's conviction and learned that given their standard procedure, Degolyer would have been advised on the date of his conviction that he was prohibited from possessing or purchasing a firearm by virtue of that conviction.

16. As for the third element, the firearms above crossed state lines at some point in their existence. On June 28, 2023, I spoke with Richard Brown, an ATF Senior Special Agent and firearms nexus expert, on whether the firearms recovered had crossed state lines. He gave me verbal confirmation that every firearm identified above was manufactured outside the state of South Carolina.

17. As for the fourth element, in addition to his conviction at a jury trial, there is evidence Degolyer knew he had been previously convicted of such a crime. Degolyer has admitted as much to law enforcement on two occasions:

> a. First, on February 28, 2023, law enforcement attempted to conduct a welfare check on Degolyer at his residence following threats he made to Wells Fargo Bank

personnel. Degolyer only made himself available on the phone at that time, but during that check, he admitted to the following:

| | |
|---|---|
| Law enforcement: | *"Due to your prior Domestic Violence Charge…"* |
| Degolyer: | *"Yessir…"* |
| Law enforcement: | *"You are prohibited to possessing any firearms."* |
| Degolyer: | *"Oh I certainly know that"* |
| Law enforcement: | *"Ok, Alright, I just wanted to make sure you was good on that and that we are on the same page"* |
| Degolyer: | *"Yessir, I'm not even allowed to buy any. So I don't have any, I won't have any…"* |

   b. Second, during the search described above, after Degolyer was advised of his Miranda rights, Degolyer was questioned as to why he could no longer legally possess firearms or ammunition. Degolyer told FBI that he was prohibited from possessing firearms because of his conviction for criminal domestic violence. He also told FBI that the conviction was before a jury and that he was represented by counsel in that matter.

## V.     Conclusion

   18. Based on the above, I respectfully submit there is probable cause to believe that on June 28, 2023, the defendant violated 18 U.S.C. § 922(g)(9), and I therefore respectfully request this Court issue a criminal complaint and arrest warrant for Casey William Degolyer.

This affidavit has been reviewed by Assistant United States Attorney Elliott B. Daniels. I swear, under penalty of perjury, that the forgoing is true and correct to the best of my knowledge.

Respectfully Submitted,

_____
Robert M Hamilton
Task Force Officer
Federal Bureau of Investigation

SWORN TO ME VIA TELEPHONE OR OTHER
RELIABLE ELECTRONIC MEANS AND
SIGNED BY ME PURSUANT TO
FED. R. CRIM. P. 4.1 AND 4(d).

This 28th day of June, 2023
Columbia, South Carolina

_____
The Honorable Shiva V. Hodges
UNITED STATES MAGISTRATE JUDGE