PJG Detention Order (Rev. 2011)

# UNITED STATES DISTRICT COURT
for the

District of SOUTH CAROLINA

| | |
|---|---|
| United States of America<br>v.<br><br>CASEY WILLIAM DEGOLYER | )<br>)<br>)<br>)<br>)<br>) |

Case No.  3:23–mj-29

## DETENTION ORDER PENDING TRIAL

After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), I conclude that these facts require that the defendant be detained pending trial.

### Part I—Findings of Fact

#### Alternative Findings (A)

☐ (1)    There is probable cause to believe that the defendant has committed an offense

    ☐    for which a maximum prison term of ten years or more is prescribed in

_____ .

    ☐    under 18 U.S.C. § 924(c).

☐ (2)    The defendant has not rebutted the presumption established by finding 1 that no condition will reasonably assure the defendant's appearance and the safety of the community.

#### Alternative Findings (B)

☐ (1)    There is a serious risk that the defendant will not appear.

☐ (2)    There is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II— Statement of the Reasons for Detention

I find that the testimony and information submitted at the detention hearing establishes by ✔clear and convincing evidence   ☐ a preponderance of the evidence that

The defendant waives a detention hearing at this time and reserves the right to request a detention hearing or file a motion for bond at a later time.

*PJG*

---

\*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Date:   7/6/2023

*Judge's Signature*

PAIGE J. GOSSETT, U.S. MAGISTRATE JUDGE

*Name and Title*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).