IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:23-557 |
| | ) | 18 U.S.C. § 922(g)(9) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| CASEY WILLIAM DEGOLYER | ) | **INDICTMENT** |

COUNT ONE

THE GRAND JURY CHARGES:

On or about June 28, 2023, in the District of South Carolina, the Defendant, **CASEY WILLIAM DEGOLYER**, knowingly possessed firearms and ammunition in and affecting commerce, to wit, a Lorcin, Model LT25, .25 Caliber Pistol; a Weatherby, Model SA-459, 12 Gauge Pump Shotgun; a Rohm, Model RG10s, .22 Caliber Revolver Pistol; and a Rossi, Model C4-11220, .410 Shotgun and .22 Caliber Rifle Combination, and various rounds of .40 caliber Hornady ammunition, .25 Auto Fiocchi ammunition, .40 caliber Federal ammunition, 12-gauge Winchester buck shotshells, .410 Winchester shotshells, and .410 Remington shotshells, having been previously convicted of a misdemeanor crime of domestic violence and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(9), 924(a)(8), and 924(e).

1

# **FORFEITURE**

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(9) as charged in this Indictment, the Defendant, **CASEY WILLIAM DEGOLYER,** shall forfeit to the United States all of the Defendant's rights, title, and interest in:

> (a)     any firearms and ammunition (as defined in 18 U.S.C. § 921) –
>
> > (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

> A.     Firearms:
>
> > (1)     Lorcin, Model LT25, semi-automatic .25 caliber pistol
> > (Serial Number: LT170260)
> >
> > (2)     Weatherby, Model SA-459, 12 gauge pump shotgun
> > (Serial Number: AD46374)
> >
> > (3)     Rohm, Model RG10s, .22 caliber revolver pistol
> > (Serial Number: 91220)
> >
> > (4)     Rossi, Model C4-11220, .410 shotgun and .22 caliber rifle combination
> > (Serial Number: SR189786)

2

B.   Ammunition/Firearm Parts:

   (1)   Miscellaneous rounds of assorted ammunition

   (2)   Mosin stock

   (3)   Mosin firearm parts

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A _____TRUE_____ BILL

_____
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Elliott B. Daniels (Fed. No. 11931)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, SC  29201
Tel:  (803) 929-3000
Fax: (803) 254-2912
Elliott.Daniels@usdoj.gov

3